FORM TO BE USED BY A PERSON FILING A MOTION TO VACATE,
SET ASIDE, OR CORRECT A SENTENCE UNDER 28 U.S.C. §2255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

JFM11CV3567

v. _Renaud De'Aundré Brown_

_12/11/1977_

_7812 Hanover Pkwy #301_

_Greenbelt MD 20770_

(Full name, date of birth, identification
number and address of movant

Criminal Case No.: _4051-2009_

Civil Action No.: _____
(Leave blank. To be filled in by Court.)

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

DEC 1 2 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

1. Name and location of the court which entered the judgment/conviction being challenged.

   _____

2. Date of judgment or sentencing.

   _July 29, 2009_

3. Length of sentence.

   _N/A_

4. Nature of offense (all counts).

   _Judgment for Household Bank Credit Card_

5. What was your plea? (check one)

    (a) Not Guilty      [ ]
    (b) Guilty      [ ]
    (c) Nolo Contendere      [ ]

If you entered different pleas to different counts or charges, explain.

N/A

6. Kind of trial. (check one)

    (a) Jury      [ ]
    (b) Judge Only      [ ]

7. Did you testify at the trial?

    Yes [ ]      No [X]

8. Did you appeal from the judgment of conviction?

    Yes [ ]      No [X]

If you answered yes, provide the following information:

    A. What grounds did you raise?

    B. What was the result?

    C.    What was the date of the decision by the Court of Appeals?

_____

9.    Did you file a petition for writ of certiorari to the United States Supreme Court?

    Yes [ ]    No [X]

If you answered yes, what was the result?

_____

If you answered yes, what was the date of the decision by the Supreme Court?

_____

10.    Other than a direct appeal, have you filed any petitions, applications, or motions challenging this judgment in any federal court?

    Yes [ ]    No [X]

11.    If you answered yes, provide the following information for **each** petition, application, or motion:

    A.    Name and location of the court where you filed.

_____

    B.    Describe what you filed and the date on which it was filed.

_____

    C.    What grounds did you raise?

_____

_____

_____

    D.    What was the result?

_____

    E.    What was the date of the decision?

_____

    F.    Did you appeal the decision?

           Yes [  ]         No [  ]

    G.    What was the result?

_____

    H.    If you did not appeal any adverse decision, explain why you did not appeal.

_____

_____

12.    Do you CURRENTLY HAVE PENDING in any court any motion, petition, or appeal concerning the judgment being challenged in this petition?

    Yes [  ]         No [X]

If you answered yes, describe what you filed, when, where, and its current status.

_____

_____

_____

13.    In most cases federal law requires that a motion to vacate or set aside judgment be filed within one (1) year of the date your conviction became final. 28 U.S.C. § 2255. If this motion is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

_____

14. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

A. Ground One: Judgment for Credit Card

Supporting Facts: I have not had a full-time employment. They tried to garnish wages from Kelly Services and PGCPS, both temporary assignments.

B. Ground Two: _____

Supporting Facts: _____

C. Ground Three: _____

Supporting Facts: _____

D.  Ground Four: _____

Supporting Facts: _____

_____

_____

15. If any of the issues that you are raising in this motion have not been previously presented, explain which issues are being raised for the first time and why.

_____

_____

_____

16. Do you have any other sentence(s) to be served after you complete the sentence(s)/commitment that is being challenged in this petition?

Yes [ ]          No [X]

If you answered yes, provide the following information about each of your future sentences:

A.  Name and location of the court that imposed the sentence.

_____

B.  Length of the sentence. _____

C.  Have you filed, or do you intend to file, a petition or motion attacking this sentence?

Yes [ ]          No [ ]

WHEREFORE, Movant prays that the Court grant him all relief to which he may be entitled in this action.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS _____ day of _December_, _2011_.

_Renaud D Brown_
(original signature of movant)
_7812 Hanover Pkwy_
_Unit 301_
_Greenbelt MD 20770_
(address of movant)